UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | ) | |
| HEALTHCARE FRAUD DETECTION | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:00-cv-335-JDT-WTL |
| v. | ) | |
| | ) | 1:01-cv-0030-JDT-WTL |
| HOME PHARM-ASSSIST, INC., and | ) | IP 02-CR-112-01-T/F |
| PEGGY A. BISIG (f/k/a PEGGY A. | ) | |
| FRITZ), | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING RELATOR'S MOTION FOR ENLARGEMENT OF TIME

Relator Health Care Fraud Detection Systems, Inc. ("FDSI") has filed an Unopposed Motion for Enlargement of Time for an order that: (1) FDSI shall have a two week extension of time up to and including February 3, 2006, in which to file its motion on the Relator's share of recovery in this action; (2) the Government shall have a two extension of time up to and including March 3, 2006, in which to respond to the Relator's share motion and to file a motion to dismiss the *qui tam* claim; (3) FDSI shall have a one week extension of time up to and including March 30, 2006, in which to file its response to a motion to dismiss; and (4) the Government shall have a one week extension of time up to and including April 14, 2006, in which to file a reply to a motion to dismiss. The Court being duly advised in the premises states:

IT IS HEREBY ORDERED that:

FDSI shall have up to and including **February 3, 2006**, in which to file its motion on the Relator's share of recovery.

2

The Government shall have up to and including **March 3, 2006**, in which to respond to FDSI's motion re the Relator's share of recovery and to file a motion to dismiss the *qui tam* claims;

That FDSI shall have up to and including **March 30, 2006**, in which to file its motion on the Relator's share of recovery; and

That the Government shall have up to and including **April 14, 2006**, in which to file its reply to a motion to dismiss.

DATE: 01/19/2006

_____
John Daniel Tinder, Judge
United States District Court

DISTRIBUTION TO:

George M. Plews
gplews@psrb.com
Christopher J. Braun
cbraun@psrb.com
John M. Ketcham
jketcham@psrb.com
Jonathan P. Emenhiser
jemenhiser@psrb.com

Andre M. Pauka
andre.pauka@bartlit-beck.com

Timothy J. O'Hara
tohara@boselaw.com

Jill E. Zengler
jill.zengler@usdoj.gov

Allen K. Pope
apope@atg.state.in.us


and by other means:

Peggy A. Bisig, 06962028
FMC Lexington Satellite Camp
Post Office Box 14525
Lexington, Kentucky 40512