UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. IP01-0030-T/G |
| | ) | |
| HOME PHARM-ASSIST, INC., PEGGY A. FRITZ a/k/a PEGGY A. BISIG, and PHILIP J. BISIG, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA ex rel. HEALTH CARE FRAUD DETECTION SYSTEMS, INC., | ) ) ) | |
| | ) | Cause No. IP00-0335-C-T/G |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOME PHARM-ASSIST, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cause No. IP 02-112-CR-01 |
| | ) | |
| PEGGY A. BISIG, | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT ON SETTLEMENT PROGRESS**

The United States, by counsel, Susan W. Brooks, United States Attorney, and Jill E. Zengler, Assistant United States Attorney, and the Relator, Health Care Fraud Detection Systems, Inc., by counsel John M. Ketcham, respectfully provide the Court with the following status report on the efforts to resolve the pending issues:

1.      Since the filing of the motion to suspend briefing and as a result of the meeting held March 23, 2006 between Counsel for the United States and Counsel for the Relator and the identification of issues that need to be addressed in order to effectively resolve all of the outstanding matters currently pending before the Court, Counsel for the United States engaged in a number of conversations with counsel from the Office of Counsel for the Inspector General, Department of Health and Human Services regarding settlement issues and a framework for the potential settlement of the matters pending before the Court.  Due to the novelty of the issues pending before the Court, and the unusual posture of this case, those discussions are on-going.  Counsel for the United States anticipates further discussions this week and believes progress toward a settlement position is being made.

2.      Since the filing of the motion to suspend briefing and as a result of the meeting held March 23, 2006 between Counsel for the United States and Counsel for the Relator and the identification of issues that need to be addressed in order to effectively resolve all of the outstanding matters currently pending before the Court, Counsel for the Relator has evaluated Relator's claims against the defendants Home Pharm-Assist, Inc. and Peggy Bisig and the potential for recovery from Defendants and other sources, as well as the issues identified by counsel for the United States and Relator.

3.      The United States and the Relator have scheduled a meeting for May 11, 2006 to review their respective settlement positions, resolve outstanding issues and further discuss the potential settlement of this matter.

4.	Both Counsel for the United States and Counsel for the Relator remain committed to fully exploring a viable settlement and will continue to work diligently with their clients and among themselves toward that end.

5.	In order to keep this matter on track, the Relator and the United States will provide the Court a Joint Status Report in 30 days regarding whether they are proceeding to work toward a resolution or whether the briefing schedule should be reinstated.

                        Respectfully Submitted,

                        SUSAN W. BROOKS
                        United States Attorney

/s/ John M. Ketcham          By:    /s/ Jill E. Zengler
John M. Ketcham                     Jill E. Zengler
PLEWS SHADLEY RACHER &       Assistant United States Attorney
BRAUN

                                            Counsel for the United States

Counsel for the Relator

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the parties herein either by electronic filing or by electronic service or by mailing a copy to the following on this 27th day of April, 2006.

Lindley Brenza
Andre M. Pauka
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street
Chicago, Illinois 60610

George M. Plews
Christopher J. Braun
John M. Ketcham
Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
1346 N. Delaware
Indianapolis, Indiana 46202

Timothy J. O'Hara
HENDERSON DAILY
2600 One Indiana Square
Indianapolis, IN 46204

Allan K. Pope
Indiana Medicaid Fraud Control Unit
8005 Castleway Drive
Indianapolis, Indiana 46250-1946

Peggy A. Bisig
1638 Spring Drive
Louisville, KY 40205

/s/ Jill E. Zengler
Jill E. Zengler
Assistant United States Attorney